## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **HOME BUILDING MATERIALS INC** | **CASE NO.  2:21-CV-02646** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FEDERATED SERVICE INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

### ORDER

Before the Court is a "Motion to Stay Litigation or, Alternatively, for Continuance of the Disaster Protocols Pending Completion of Inspection and Adjustment of Claim" (Doc. 9) filed by Defendant Federated Service Insurance Company ("Federated"). Federated seeks to stay the present deadlines set forth in this Court's Case Management Order. Finding no just cause for granting Defendant's motion,

**IT IS ORDERED** that the Motion is hereby **DENIED.**

**IT IS FURTHER ORDERED** that Federated shall reinspect the property no later than 30 days from the date of this Order, subject to the following conditions:

- At least 48 hours before the inspection, Federated is to provide plaintiff with an estimate of how long it needs to be at the property and to identify the name and company of all individuals who will attend the inspection.

- No representative of Federated or individual hired to inspect the property on its behalf will speak with the plaintiff, plaintiff's contractor, or any expert retained by plaintiff without first obtaining permission from plaintiff's counsel.

- No representative of Federated or individual hired to inspect the property on its behalf will make any request for production of documents during the inspection. Such requests should instead be directed to plaintiff's counsel.

- Federated must turn over any report generated from this inspection to plaintiff's counsel within 21 days of the inspection.

**THUS DONE AND SIGNED** in Chambers on this 8th day of November, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**